UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAURIE GOUTIERREZ AND<br>JAMES GOUTIERREZ | * <br> * <br> * | CIVIL ACTION NO.<br>2:11-cv-00620 |
| VERSUS | * <br> * | HON. JAY C. ZAINEY |
| AUTOMOBILE CLUB INTER-INSURANCE<br>EXCHANGE AND AUTO CLUB FAMILY<br>INSURANCE COMPANY | * <br> * <br> * <br> * | MAGISTRATE:<br>JOSEPH WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF FINAL DISMISSAL

**Considering the foregoing Joint Motion and Order of Final Dismissal With Prejudice;**

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that plaintiffs' claims and demands against defendants, Automobile Club Inter-Insurance Exchange and Auto Club Family Insurance Company filed in the above-entitled and numbered action are hereby **DISMISSED**, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this __22nd__ day of _____October_____, 2012.



_____
JUDGE